# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PEGGY VALENTINE

NO. 2024 KW 1062

**JANUARY 13, 2025**

---

In Re:    Peggy Valentine, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45712.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED.** A trial court is required to grant an out-of-time appeal if the defendant establishes he was not advised of the right to appeal or if the defense attorney was at fault in failing to file or perfect a timely appeal. **State v. Counterman,** 475 So.2d 336, 339 (La. 1985). Accordingly, the ruling denying the request for an out-of-time appeal is vacated, the matter is remanded, and the district court is ordered to hold an evidentiary hearing to determine if relator is entitled to an out-of-time appeal under **Counterman,** and appoint counsel for the hearing if relator is indigent. See La. Code Crim. P. art. 930.7; see also **State v. Carter,** 2019-0788 (La. 10/8/19), 280 So.3d 142 (per curiam).

                                MRT
                                CHH
                                BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT